| | |
|---|---|
| 21. A system for enabling multiple hierarchical points of view, comprising: | To the extent the preamble is limiting, the Accused Instrumentalities offer a system enabling multiple hierarchical points of view (e.g., Anker's online shopping system, which includes, in part, its website https://www.anker.com/, or its mobile application, on desktop or on a smartphone device, and its backend servers, software, and network infrastructure, and displayed and provided to a user's desktop or mobile device). More specifically, by way of example, the below screenshots show a user browsing the Accused Instrumentalities, and highlighted by red boxes, the Accused Instrumentalities allow the user to select both "$39.00 - $97.99" and "$98.00 - $154.99" under the "Price" filter, providing multiple relevance points within a multi-hierarchical point of view assisting the user in their choice. Another example is found in the below screenshots of a user browsing the Accused Instrumentalities, and highlighted by red boxes, the Accused Instrumentalities allow the user to select "Offers" and "Device Compatibility" in their browsing, i.e., multiple relevance points within the multi-hierarchical point of view.<br><br>Further discovery is needed to fully chart the servers, software, and network infrastructure, including the processor, of the system.<br><br><br>https://www.anker.com/collections/power-banks?ref=naviMenu |

Page **1** of **10**

| a host processor; | The Accused Instrumentalities comprise a host processor. As shown below and highlighted by a red box, the Accused Instrumentality is hosted by servers, software, and network infrastructure, including a processor, that allows the Accused Instrumentalities to be accessed by the users.<br><br>Further discovery is needed to fully chart the servers, software, and network infrastructure, including the processor, of the system.<br><br><br><br>https://www.anker.com/collections/power-banks?ref=naviMenu |
|---|---|

| | |
|---|---|
| a user interface controlled by the host processor for inputting points of view to the system; | The Accused Instrumentalities contain a user interface controlled by the host processor for inputting points of view to the system. As shown below and highlighted in a red box, the Accused Instrumentalities offer a user the ability to input (i.e, select or click) points of view to the system (e.g. "$39.00 -$97.99", "$98.00 - $154.99", "On Sale", "Laptops", and "Phones" under their respective filter).<br><br>Further discovery is needed to fully chart the servers, software, and network infrastructure, including the processor, of the system.<br><br><br><br>https://www.anker.com/collections/power-banks?ref=naviMenu |

| | |
|---|---|
| a connections generator controlled by the host processor and in communication with the user interface to receive the points of view and generate connections between elements in the points of view and metadata of data sources; | The Accused Instrumentalities contain a connections generator controlled by the host processor and in communication with the user interface to receive the points of view and generate connections between elements in the points of view and metadata of data sources. As shown below and highlighted in red boxes and a green box, the Accused Instrumentalities generate connections (as represented by "20 Item(s) Found" and "24 Item(s) Found", and "6 Item(s) Found" highlighted in a green box) from elements in the points of view inputs by the user, respectively (as shown in the red boxes). The connections are generated from an application run on the host processor of the system that matches the elements in the points of view inputs and metadata of data sources stored in the connections database.<br><br>Further discovery is needed to fully chart the servers, software, and network infrastructure, including the processor, of the system.<br><br><br><br>https://www.anker.com/collections/power-banks?ref=naviMenu |



https://www.anker.com/collections/power-banks?ref=naviMenu

https://www.anker.com/collections/power-banks?ref=naviMenu

| | |
|---|---|
| a connections database operated on by the connections generator in generating the connection and having a data structure including degrees of matching between data elements in the connections database and the metadata; and | The Accused Instrumentalities contain a connections generator controlled by the host processor and in communication with the user interface to receive the points of view and generate connections between elements in the points of view and metadata of data sources. As shown below and highlighted in red boxes and a green box, the Accused Instrumentalities generate connections (as represented by "20 Item(s) Found" and "24 Item(s) Found", and "6 Item(s) Found" highlighted in a green box) from elements in the points of view inputs by the user, respectively (as shown in the red boxes). The connections are generated from an application run on the host processor of the system that matches the elements in the points of view inputs and metadata of data sources stored in the connections database.<br><br>Further discovery is needed to fully chart the servers, software, and network infrastructure, including the processor, of the system.<br><br><br>https://www.anker.com/collections/power-banks?ref=naviMenu |



https://www.anker.com/collections/power-banks?ref=naviMenu

https://www.anker.com/collections/power-banks?ref=naviMenu

| | |
|---|---|
| matching applications controlled by the host processor and operating on the data sources to determine sets of data elements in the data sources having at least pre-selected degrees of matching with the elements in the points of view, the user interface displaying the data elements and degrees of matching for the data elements according to the points of view. | The Accused Instrumentalities include matching applications controlled by the host processor and operating on the data sources to determine sets of data elements in the data sources having at least pre-selected degrees of matching with the elements in the points of view, the user interface displaying the data elements and degrees of matching for the data elements according to the points of view. As shown below and highlighted in red boxes and green boxes, the Accused Instrumentality has a user interface that displays the data elements and degrees of matching (as represented as represented by the displayed results in the green boxes). This is done by matching applications controlled by a processor of the host system of Accused Instrumentality. The results come from the connections generated from the matching applications operating on and that matches the elements in the points of view inputs and metadata of data sources stored in the connections database. The connections include the sets of data elements in the data sources having the user inputted elements in the points of view with pre-selected degrees of matching, indicating by whether a data item is within or outside a given set (i.e. if a data item is within a given set then it will be included in the results). An example of a pre-selected degree of matching is the option to sort by "Recommended" as shown in the orange box below.<br><br><br><br>https://www.anker.com/collections/power-banks?ref=naviMenu |



https://www.anker.com/collections/power-banks?ref=naviMenu

https://www.anker.com/collections/power-banks?ref=naviMenu